UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES BURFORD,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>            Defendants. | Case No.: 14-CV-04171-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the initial case management conference set for March 11, 2015, at 2:00 p.m., as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a).  The Court hereby ORDERS the parties to file one joint case management statement by Monday, March 9, 2015, at noon.

**IT IS SO ORDERED.**

Dated: March 5, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-04171-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT