United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAMES BURFORD,

      Plaintiff,

    v.

COUNTY OF SANTA CLARA, et al.,

      Defendants.

Case No.: 14-CV-04171-LHK

**CASE MANAGEMENT ORDER**

Plaintiff's Attorneys: Nicholas Emanuel
Defendants' Attorneys: Aryn Harris

An initial case management conference was held on March 11, 2015. A further case management conference is set for July 8, 2015, at 2:00 p.m. The parties shall file their joint case management statement by July 1, 2015.

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: May 15, 2015

DEADLINE TO COMPLETE MEDIATION: June 9, 2015

FACT DISCOVERY CUTOFF: October 7, 2015

EXPERT DISCOVERY:
    Opening Reports: October 21, 2015
    Rebuttal Reports: November 18, 2015
    Close of Expert Discovery: December 16, 2015

1

DISPOSITIVE MOTIONS shall be filed by January 14, 2016, and set for hearing no later than March 3, 2016, at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: May 5, 2016, at 1:30 p.m.

JURY TRIAL: May 16, 2016, at 9:00 a.m.  Trial is expected to last 5 days.

**IT IS SO ORDERED.**

Dated: March 11, 2015

_____
LUCY H. KOH
United States District Judge

Case No.: 14-CV-04171-LHK
CASE MANAGEMENT ORDER